OPINION — AG — ** DUAL OFFICE HOLDING ** A MEMBER OF A BOARD OF EDUCATION (SCHOOL BOARD) IN THIS STATE IS APPOINTED TO AND ACCEPT THE OFFICE OF " AGENT " OF THE OKLAHOMA BUREAU OF INVESTIGATION, HE IPSO FACTO VACATES HIS OFFICE AS A MEMBER OF A BOARD OF EDUCATION. THE CONTRA IS ALSO TRUE, SEE: ' GIBSON V. CROWDER, 165 P.2d 628 (DUAL OFFICE HOLDING, STATE OFFICER, SCHOOLS, EMPLOYEE) CITE: 51 O.S. 6 [51-6], 74 O.S. 149 [74-149] (FRED HANSEN)